UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHWADE SUBRAN, et al.,

    Defendants.

_____

## O R D E R

THIS CAUSE is before the Court on defendant **Ishwade Subran's** Motion for Reconsideration of Order Denying in Part Defendant Motion for Disclosure of Evidence Concerning Confidential Informant(s)(DE 71), adopted by defendants **Patrick Aiken** and **Wade Parker**, which was referred to United States Magistrate Judge, Lurana S. Snow. In its response to this motion, the Government stated that it is voluntarily disclosing the name and date of birth of the confidential informant, information not required to be disclosed pursuant to this Court's prior Order. The defendants are not entitled to the additional information they seek. Being fully advised, it is hereby

ORDERED and ADJUDGED that the Motion for Reconsideration (DE 71) is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of February, 2008.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bruce Brown (FTL)
Richard Della Fera, Esq.
AFPD Chantel Doakes (FTL)
Ivan Mercado, Esq.
Steven Kassner, Esq.