UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHWADE SUBRAN, et al.,

    Defendants.
_____

### **O R D E R**

THIS CAUSE is before the Court on defendant **Ishwade Subran's** Motion for Motion for Joinder in Defendant Aiken's Motion to Dismiss Indictment (DE 127), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED and ADJUDGED that the motion to adopted is GRANTED except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of March, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Richard Della Fera, Esq.
Marshall Louis, Esq.
Ivan Mercado, Esq.
Steven Kassner, Esq.