UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60238-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

ISHWADE SUBRAN,

        Defendant.
_____/

## JUDGMENT OF ACQUITTAL AS TO COUNTS 1 and 2

The above-entitled cause having come on for trial, and the jury having found the defendant not guilty as to Counts 1 and 2 of the Second Superseding Indictment, it is

ORDERED AND ADJUDGED that Pursuant to Rule 32(k) the Defendant Ishwade Subran, is hereby Adjudged NOT GUILTY of Counts 1 and 2.

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of May 2008.

                                                      JAMES I. COHN
                                                      UNITED STATES DISTRICT JUDGE

cc:    Bruce Brown, AUSA
        Christopher Hunter, AUSA
        Richard Della Fera, Esq.
        U.S. Marshal Service
        U.S. Probation Office
        U.S. Pretrial Services