UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         **O R D E R**

ISHWADE SUBRAN,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Ishwade Subran's Motion For Order To Transfer To FDC Or, Alternatively, For Order Recommending Same (DE 214). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court notes that it cannot compel the U.S. Marshall Service to transfer the Defendant to the Federal Detention Center in Miami, and to the extent the instant Motion seeks such relief, the Court will deny the Motion.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Ishwade Subran's Motion For Order To Transfer To FDC Or, Alternatively, For Order Recommending Same (DE 214) be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. To the extent the instant Motion (DE 214) seeks a recommendation that Defendant Ishwade Subran be transferred to the Federal Detention Center in Miami, it be and the same is hereby **GRANTED**, and the Court recommends that Defendant Ishwade Subran be transferred to the Federal Detention Center in Miami; and

2. In all other respects, the instant Motion (DE 214) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record